```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

KERR CARRINGTON,
    Petitioner,

    v.                                                       CIVIL ACTION NO.
                                                         13-12393-IT

MICHAEL A. THOMPSON,
    Respondent.

**PROCEDURAL ORDER RE:**
**RESPONDENT'S MOTION TO DISMISS**
**(DOCKET ENTRY # 16)**

**July 15, 2014**

**BOWLER, U.S.M.J.**

Pending before this court is a motion to dismiss filed by respondent Michael A. Thompson ("respondent"). (Docket Entry # 16). Rule 4, 28 U.S.C. foll. 2254, allows a habeas court to "order the respondent to file an answer, motion, or other response" after conducting a preliminary review of a petition. Rule 4, 28 U.S.C. foll. 2254. Rule 5, 28 U.S.C. foll. 2254, provides that a habeas court "may order the respondent furnish other parts of existing transcripts." Rule 5, 28 U.S.C. foll. 2254. Upon review of the record, respondent is **ORDERED** to file on or before July 21, 2014, a copy of the Commonwealth's appellate brief to the Massachusetts Appeals Court in <u>Commonwealth v. Carrington</u>, 974 N.E.2d 1167 (Mass.App.Ct. 2012) (2011-P-1896).

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge