UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KERR CARRINGTON, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-12393-IT |
| | * | |
| MICHAEL A. THOMPSON, | * | |
| | * | |
| Respondent. | * | |

ORDER

September 18, 2014

TALWANI, D.J.

After reviewing the August 22, 2014 Report and Recommendation [#25] of Magistrate Judge Bowler, to which Respondent has not objected, this court hereby ACCEPTS and ADOPTS that Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Respondent's Motion to Dismiss [#16] is ALLOWED and the petition is dismissed with prejudice.

IT IS SO ORDERED.

Date: September 18, 2014 /s/ Indira Talwani
United States District Judge