UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERR CARRINGTON, | * |
| Petitioner, | * |
| v. | * Civil Action No. 13-cv-12393-IT |
| MICHAEL A. THOMPSON, | * |
| Respondent. | * |

ORDER OF DISMISSAL

September 18, 2014

TALWANI, D.J.

Pursuant to the court's Order issued on September 18, 2014 [#27] ALLOWING Respondent's Motion to Dismiss [#16] and dismissing the petition with prejudice, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge